UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                            ORDER
                                                  Crim. No. 12-253 (03)(MJD)

Damien Dwayne Eastling,

    Defendant.
_____

This matter is before the Court on Defendant's *pro se* motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2).

Defendant seeks a sentence reduction based on Amendment 782 to the Sentencing Guidelines which lowered the drug quantity base offense levels applicable to certain drug offenses. Defendant is not eligible for a sentence reduction, however, as he was sentenced to the ten year mandatory minimum sentence required under 21 U.S.C. § 841(b)(1)(A) and Amendment 782 did not alter the applicable guideline range for cases involving a statutory minimum sentence.

IT IS HEREBY ORDERED that Defendant's Motion for Sentence Reduction [Doc. No. 496] is DENIED.

Date: March 17, 2016         s/ Michael J. Davis
                                            Michael J. Davis
                                            United States District Court